JUDGE BUCHWALD  07 CV 4610

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAYS IMPEX LIMITED,                :

              Plaintiff,              :         MAY 31 2007

  - against -                                    :         07 CV _____
                                                              ECF CASE
CHINA NATIONAL ELECTRONICS         :
IMP. & EXP. ANHUI CORP. a.k.a.
CHINA NATIONAL ELECTRONICS         :
IMPORT & EXPORT ANHUI CORP.,
                                                   :
             Defendant.
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

              NONE.

Dated: May 31, 2007
       New York, NY

                              The Plaintiff,
                              DAYS IMPEX LIMITED,

                              By: _____
                              Lauren C. Davies (LD 1980)
                              Thomas L. Tisdale (TT 5263)
                              TISDALE LAW OFFICES
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 – phone
                              (212) 869-0067 – fax
                              ldavies@tisdale-law.com
                              ttisdale@tisdale-law.com