*Orlee Goldfeld [OG4142]*
*BUTZEL LONG*
*551 Fifth Avenue*
*New York, New York 10176*
*Telephone: (212) 818-1110*
*Telefax: (212) 818-0494*
*Attorneys for Defendant*
  *China National Electronics*
  *Import & Export Anhui Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAYS IMPEX LIMITED,** | 07 CV 4610 (NRB) |
| **Plaintiff,** | ECF CASE |
| - against – | RULE 7.1 STATEMENT |
| **CHINA NATIONAL ELECTRONICS IMP. & EXP. ANHUI CORP. a.k.a. CHINA NATIONAL ELECTRONICS IMPORT & EXPORT ANHUI CORP.** | |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for China National Electronics Import & Export Anhui Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE KNOWN AT THIS TIME.

Dated: New York, New York
       August 2, 2007

                                              s/ Orlee Goldfeld

                                     Orlee Goldfeld [OG4142]
                                     BUTZEL LONG
                                     551 Fifth Avenue
                                     New York, New York 10176
                                     (T) (212) 818-1110
                                     (F) (212) 818-0494

                                     *Attorneys for Defendant*
                                        *China National Electronics Import &*
                                        *Export Anhui Corp.*