Buchwald J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAYS IMPEX LIMITED,

        Plaintiff,

  - against -

CHINA NATIONAL ELECTRONICS
IMP. & EXP. ANHUI CORP. a.k.a.
CHINA NATIONAL ELECTRONICS
IMPORT & EXPORT ANHUI CORP.,

        Defendant.
----------------------------------------X

07 CV 4610 (NRB)
ECF CASE

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated July 2, 2007, and

3. That this action is hereby dismissed with prejudice and without costs to any party.

Dated: September 11, 2007
New York, NY

                                    The Plaintiff,
                                    DAYS IMPEX LIMITED,

                                    By: _____
                                    Lauren C. Davies (LD 1980)
                                    Thomas L. Tisdale (TT 2162)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025 – phone
                                    (212) 869-0067 – fax
                                    ldavies@tisdale-law.com
                                    ttisdale@tisdale-law.com

                                    The Defendant,
                                    CHINA NATIONAL ELECTRONICS IMP. &
                                    EXP. ANHUI CORP.,

                                    By: _____
                                    Orlee Goldfeld (OG 4142)
                                    BUTZEL LONG
                                    551 Fifth Avenue, 27th Floor
                                    New York, NY 10176
                                    (212) 818 1110 – phone
                                    (212) 818 0494 – fax
                                    goldfeld@butzel.com

SO ORDERED:

_____
Honorable Naomi Reice Buchwald, U.S.D.J.

9/26/07

-2-